**No. 64403.**—Teigh, Inc. *v.* United States, protests 59/8212 and 59/22877 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

JULY 11, 1960

**No. 64404.**—J. C. De Jong & Co., Inc. *v.* United States, protests 322260–K, etc. Protests abandoned May 26, 1960. (Not published.) (Initial No. 157720–K.) Plaintiff's application for rehearing granted.

**No. 64405.**—Edda International Corp. and Milton Snedeker Corp. *v.* United States, protest 324054–K. Protest abandoned May 26, 1960. (Not published.) (Initial No. 157720–K.) Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, JULY 18, 1960

**No. 64406.**—Alpine Trading Co. et al. *v.* United States, protests 180515–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 64407.**—Union Minerals & Alloys Corp. *v.* United States, protests 242120–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.